IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTIE B. CARMICHAEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| MONARCH DENTAL CORPORATION, | § | 3:12-cv-00706-P |
| SMILE BRANDS SOUTHWEST, INC., | § | |
| AND MODERN DENTAL | § | |
| PROFESSIONALS−DALLAS/FT. | § | |
| WORTH, P.C. | § | |
| | § | |
| Defendants. | § | |

## JOINT STATUS REPORT

Plaintiff Christie B. Carmichael ("Plaintiff") and Defendants Monarch Dental Corporation, Smile Brands Southwest, Inc., and Modern Dental Professionals-Dallas/Ft. Worth, P.C. ("Defendants") file this Joint Status Report regarding settlement negotiations in accordance with the Court's June 26, 2013 Scheduling Order. The parties have discussed settlement but have not been able to reach an agreement. The parties have not participated in a mediation.

Respectfully submitted,

**THE LAW OFFICE OF JOE M. WILLIAMS & ASSOCIATES**

/s/ Joe M. Williams
Joe Micah Williams
State Bar No. 24063066
Federal ID No. 997092

17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (469) 941-6060
Facsimile: (832) 230-5310

**ATTORNEY FOR PLAINTIFF**


/s/ John B. Brown.
John B. Brown
Texas Bar No. 00793412
john.brown@ogletreedeakins.com
Ron Chapman, Jr.
Texas Bar No. 00793489
ron.chapman@ogletreedeakins.com
Colin LeCroy
Texas Bar No. 24070120
colin.lecroy@ogletreedeakins.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Preston Commons, Suite 500
8117 Preston Road
Dallas, Texas 75225
Telephone: 214-987-3800
Facsimile: 214-987-3926

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    This is to certify that on November 14, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system of filing, which will transmit a Notice of Electronic Filing to the following counsel for Plaintiff, an ECF registrant:

Joe M. Williams
THE LAW OFFICE OF JOE M. WILLIAMS & ASSOCIATES
17304 Preston Road, Suite 800
Dallas, Texas  75252

       /s/ John B. Brown.
       John B. Brown

16443377.1